```
                                              FILED
                                      CLERK U.S. DISTRICT COURT
                                        DISTRICT OF DELAWARE
```

IN THE UNITED STATES DISTRICT COURT     2005 MAR 17  AM 8: 30

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In the Matter of the Search of** | : |
| | : |
| [REDACTED] | :  Misc. Case No.: 05-36M |
| Wilmington, Delaware | : |
| | : |

## MOTION AND ORDER TO UNSEAL SEARCH WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, moves that the Search Warrant Application and Search Warrant for [REDACTED] Wilmington, DE, be unsealed, as officers have executed the warrant.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Dated: March 14, 2005

\* \* \*

AND NOW, this _16_ day of March, 2005, upon the foregoing Motion, **IT IS SO ORDERED.**

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge